IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

LOUIS GONZALEZ                                                                PLAINTIFF
*also known as* CARLOS RAMOS SANCHEZ

V.                              CIVIL ACTION NO. 5:20-CV-104-DCB-MTP

SHAWN R. GILLIS, STANLEY
CROCKETT, CHAD WOLFE, and
WILLIAM BARR                                                                 DEFENDANTS

## Order Adopting Report and Recommendation

This matter is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation [ECF No. 36], to which no objections have been filed by Petitioner Louis Gonzalez. Magistrate Judge Parker evaluated whether Plaintiff's claims should be dismissed for failure to state a claim pursuant 28 U.S.C. § 1915(e)(2)(B)(ii). Magistrate Judge Parker recommends:

1. This action be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

2. The Motion to Dismiss [ECF No. 16] filed by Defendant William Barr, Stanley Crockett, and Chad Wolf be denied as moot;

3. The Motion to Dismiss Plaintiff's Individual Capacity Claims [ECF No. 18] filed by Chad Wolf be denied as moot;

1

4. The Motion to Amend Complaint [ECF No. 23] filed by Plaintiff be denied as futile;

5. The Motion for Process to Issue for Defendants [ECF No. 27] filed by Plaintiff be denied as futile;

Having carefully reviewed Judge Parker's recommendation, the Court finds that Judge Parker's Report and Recommendation [ECF No. 36] is well taken and shall be adopted as the findings and conclusions of this Court

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that Magistrate Judge Michael T. Parker's Report and Recommendation is ADOPTED as the findings and conclusions of this Court. This action is hereby DISMISSED with prejudice.

A Final Judgment shall be entered of even date herewith pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED AND ADJUDGED this the 9th day of July, 2021.

/s/ David Bramlette
UNITED STATES DISTRICT COURT